**DENIED and Opinion Filed March 3, 2023**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-23-00142-CV**

**IN RE RUSSELL FINKELBERG AND KAREN GAUGG, Relators**

**Original Proceeding from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-21-02871-C**

## MEMORANDUM OPINION

Before Justices Pedersen, III, Smith, and Kennedy
Opinion by Justice Smith

Before the Court is relators' February 16, 2023 petition for writ of mandamus.

We deny the petition.

Entitlement to mandamus relief requires relators to show that the trial court

clearly abused its discretion and that relators lack an adequate appellate remedy. *In*

*re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig.

proceeding). A relator need not show that it does not have an adequate remedy by

appeal when the complained-of order is void. *In re Banigan*, 05-22-01084-CV, 2023

WL 166206, at \*3 (Tex. App.—Dallas Jan. 12, 2023, orig. proceeding) (mem. op.).

After reviewing relators' petition and the record before us, we conclude that relators have failed to demonstrate entitlement to mandamus relief.

Accordingly, we deny the petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a).

/Craig Smith/
CRAIG SMITH
JUSTICE

230142F.P05